[No. 34804-7-II. Division Two. June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LEE BRUNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01280-2, Roger A. Bennett, J., entered April 13, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 34874-8-II. Division Two. June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NICK IN YOUNG PARK, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 05-1-00113-1, Craddock D. Verser, J., entered May 11, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34946-9-II. Division Two. June 5, 2007.]

BD ROOFING CONSTRUCTION, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-13539-2, Sergio Armijo, J., entered May 9, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 21601-2-III. Division Three. June 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY BRUCE GLOSSIP, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-1-01980-1, Robert N. Hackett, Jr., J., entered November 22, 2002. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.